IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GELINDA J. HALLE,<br><br>Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY, a Delaware Corporation; ZACHARY THOMPSON, and AIDEN NELSON,<br><br>Defendants. | 8:23CV213<br><br><br>ORDER |

After conferring with the parties and hearing argument by telephone on December 17, 2024, and per Text Minute Entry (Filing No. 112),

IT IS ORDERED:

1. Defendant's Motion to Quash and Motion for Protective Order (Filing No. 93) is denied for the reasons stated on the record.
2. The parties shall have until January 31, 2025 to complete their Rule 30(b)(6) depositions.

Dated this 18th day of December, 2024.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge